IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 4:03cr51-SPM

TOMAS BELLAMY,

    Defendant.

_____/

**ORDER DENYING MOTION FOR DISCLOSURE OF PRESENTENCE REPORT**

    This cause comes before the Court on the motion filed on behalf of Defendant Tomas Bellamy by the Federal Public Defender and Evelyn Brown, Mr. Bellamy's mother.  Doc. 118.  In the motion, it is requested that the Presentence Investigation Report and the Statement of Reasons be disclosed to the Federal Public Defender for a determination of whether Mr. Bellamy is eligible for a sentence reduction under the retroactive guideline amendments for crack cocaine.

    A review of this case shows that application of the crack cocaine guideline amendments would not result in any change to Mr. Bellamy's sentencing range due to his designation as an Armed Career Criminal and a Career Offender. Accordingly, Mr. Bellamy does not qualify for a sentence reduction and the

requested disclosure is unnecessary.  Based on the foregoing, it is

     ORDERED AND ADJUDGED that the Motion to Authorize Disclosure of the Presentence Report (doc. 118) is denied.

     DONE AND ORDERED this 28th day of May, 2008.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge

CASE NO. 4:03cr51-SPM